# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLACK, | Case No.: 1:16-cv-00503-AWI-MJS (PC) |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| WADDLE, et al., | |
| Defendants. | |

Plaintiff Michael Black is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on April 11, 2016.

On November 17, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 17, 2017**

UNITED STATES MAGISTRATE JUDGE