FILED
NOV 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>WADDLE, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00503-AWI-MJS (PC)<br><br>ORDER THAT INMATE MICHAEL BLACK IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on November 17, 2017. Inmate Michael Black, CDCR #D-97624, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: November 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE